IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KOFO B.V. TRACTOR CENTRE,       )
                               )
       Plaintiff,         )
                               )
v.                           ) CIVIL ACTION NO. 1:03-CV-999-WHA-TFM
                               )            [WO]
DENNIS ROQUAND,             )
                               )
       Defendant.      )

**ORDER**

Upon consideration of Plaintiff's request to extend the deadline for dispositive

motions and any additional pleadings to May 29, 2007 (Doc. #61), it is hereby

ORDERED that the Motion is **DENIED**, and the deadline to file dispositive

motions or additional pleadings remains May 9, 2007, as set out in Scheduling Order of

September 6, 2006 (Doc. #50).

Done this 30th   day of April, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE