IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KOFO B.V. TRACTOR CENTRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:03-CV-999-WHA-TFM |
| | )                               [WO] |
| DENNIS ROQUAND, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Plaintiff's *Second Motion for Summary Judgment* (Doc. #63, filed May 9, 2007), it is hereby

**ORDERED** that the **DEFENDANT file a response by June 11, 2007** to show any cause why the motion should not be granted, in whole or in part.

Done this 11th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE