IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KOFO B.V. TRACTOR CENTRE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:03-CV-999-WHA-TFM |
| | ) | [WO] |
| DENNIS ROQUAND, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Reply to *Plaintiff's Second Motion For Summary Judgment As To Count Three Of The First Amended Complaint* (Doc. #65, filed June 6, 2007), it is hereby

**ORDERED** that the **PLAINTIFF file a response to Defendant's** *Reply* **by June 22, 2007.**

Done this 12th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE