IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KOFO B.V. TRACTOR CENTRE,          )
                                   )
          Plaintiff,               )
                                   )
v.                                 ) CIVIL ACTION NO. 1:03-CV-999-WHA-TFM
                                   )                    [WO]
DENNIS ROQUAND,                    )
                                   )
          Defendant.               )

**ORDER**

Upon consideration of Plaintiff's request to withdraw its *Second Motion For*

*Summary Judgment As To Count Three Of The First Amended Complaint* (Doc. #67, filed

June 22, 2007) it is hereby

**ORDERED** that Plaintiff's request be GRANTED.


Done this 25th  day of June, 2007.


                                   /s/Terry F. Moorer
                                   TERRY F. MOORER
                                   UNITED STATES MAGISTRATE JUDGE