IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KOFO B.V. TRACTOR CENTRE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:03-CV-999-WHA-TFM |
| | )               [WO] |
| DENNIS ROQUAND, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the *Motion to Withdraw As Counsel for Kofo B.V. Tractor Centre* (Doc. #70, filed June 29, 2007), by Robert P. Reynolds, Justin B. Little, and Robert D. Reynolds, it is hereby

**ORDERED** that the **Counsel for the Plaintiff and Defendant be available for a telephonic hearing, to be held on Monday, July 16, 2007, at 9:30 a.m. The Court will initiate the calls by using the phone numbers on record. Please inform the Court of any changes in contact information prior to the hearing.**

Done this 2nd day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE